# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     vs.<br><br>MICHAEL GILLEN,<br><br>           Defendant/Judgment Debtor,<br><br>           and<br><br>WALL COLMONOY CORPORATION,,<br><br>           Garnishee. | NO. MC18-5011BHS<br><br>(3:08-CR-5530-2)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Michael Gillen, from Wall Colmonoy Corporation, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

//

//

//

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Wall Colmonoy Corporation, whose address is Wall Colmonoy Corporation, Attn: Human Resource Department, 101 W Girard, Madison Heights, MI 48071.

Dated this 31st day of May, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

**ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT**

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, WA 98101-1271**
**(206) 553-7970**